1

2

3

4

5                                          *E-FILED - 5/7/09*

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

MICHAEL ANGELO LENA,                )    No. C 09-1645 RMW (PR)
12                                  )
                Petitioner,         )    JUDGMENT
13                                  )
      v.                            )
14                                  )
SUPERIOR COURT OF CALIFORNIA,       )
15  COUNTY OF MARIN, et al.,        )
                                    )
16                Respondents.      )
                                    )
17  _____ )

18       The court has dismissed this action without prejudice because there is no case or

19  controversy over which the court may exercise jurisdiction. A judgment of dismissal without

20  prejudice is hereby entered.  The clerk shall close the file.

21       IT IS SO ORDERED.

22  DATED: __5/6/09_____        _Ronald M. Whyte_
                                 RONALD M. WHYTE
23                               United States District Judge

24

25

26

27

28